UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
     Plaintiff,

vs.

CALLE OCHO SHOPPING CENTER,
LLC and MIAMI SMOKE SHOP CORP.,
     Defendant.

Case No: 24-cv-20317-ALTONAGA/Reid

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AS TO DEFENDANT, CALLE OCHO SHOPPING CENTER, LLC,

Plaintiff, EMILIO PINERO, and Defendant, CALLE OCHO SHOPPING CENTER, LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle.[1] The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 800-0405
WassenbergL@gmail.com

s/ Robert S. Fine
Robert S. Fine
Florida Bar No. 155586
finer@gtlaw.com
GREENBERG TRAURIG, P.A.
333 SE 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
*Attorney for Defendant Calle Ocho Shopping Center, LLC*

---

[1] Defendant, Miami Smoke Shop Corp., is a third party beneficiary of the agreement to settle and will be dismissed with prejudice along with Defendant, Calle Ocho Shopping Center, when final dismissal documents are filed with the Court.