**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  24-20317-CIV-ALTONAGA/Reid**

**EMILIO PINERO**,

     Plaintiff,

v.

**CALLE OCHO SHOPPING**
**CENTER, LLC**; *et al.*,

     Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Joint Notice of Settlement in Principle as to Defendant, Calle Ocho Shopping Center, LLC [ECF No. 18], filed on March 7, 2024.  In the Notice, the parties indicate Defendant Miami Smoke Shop Corp. will be dismissed when dismissal documents are filed with the Court.  (*See id.*).  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2.  If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

CASE NO. 24-20317-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 7th day of March, 2024.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2